GOYNIAS v. SPA HEALTH CLUBS, INC.

No. 89A02

Case below: 148 N.C. App. 554

Motion by defendant to dismiss appeal based upon late filing of plaintiff-appellant's new brief denied 9 May 2002.

IN RE APPEAL OF CHAPEL HILL DAY CARE CENTER, INC.

No. 478P01

Case below: 144 N.C. App. 649

Motion by Orange County to dismiss the appeal for lack of substantial constitutional question allowed 9 May 2002. Petition by petitioner (Day Care Center, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

IN RE B.A.

No. 193P02

Case below: 149 N.C. App. 667

Motion by Attorney General for temporary stay allowed 19 April 2002 pending determination of the State's petition for discretionary review.

KRAUSS v. PAWLEY (In Re PAWLEY)

No. 152P02

Case below: 148 N.C. App. 716

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

MASON v. TOWN OF FLETCHER

No. 185P02

Case below: 149 N.C. App. 636

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.